The defendant must take nothing by his motion.

## Holmes and another v. Lansing.

EMOTT moved to amend the declaration after plea pleaded, which was granted, but a question now arose, whether the defendant is entitled both to an imparlance and to costs : vide *Str.* 950. *Dallas,* 465. where it is said he shall only have his election of one ; but in 2 *Blackst. Rep.* 785. he had both.

*Per Curiam.* There is a diversity of practice be-tween the king's bench and common pleas ; the court will, therefore, adopt a rule of its own. As the amendment is for the benefit of the plaintiff, it is rea-sonable he should pay the costs of it : and it is equally reasonable that the defendant should have an oppor-tunity to plead *de novo.*

The plaintiff, therefore, may amend upon payment of costs and giving an imparlance.

## Marklar and another ads. M'Evers.

THIS cause was noticed for the *New-York* circuit in *June* last, but the notice was only of eight days : the defendant living more than forty miles distant, considered the notice void, and paid no regard to it. Inquest was taken, and when notice of taxation was